UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LARRY ALLEN,　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 1580 (ARR)
　　　　　　　　　　　Petitioner,

　　-against-

DENNIS BRESLIN,

　　　　　　　　　　　Respondent.
-------------------------------------------------------------------X

　　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 13, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

　　　　ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.


Dated: Brooklyn, New York
　　　　October 14, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court